

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Shaun Russell Conley,

Vs. No. 11-24-00316-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-21-1162-CR.

\* February 27, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.